MEMORANDUM OPINION




No. 04-02-00791-CR



Allison T. APT,


Appellant



v.



The STATE of Texas,


Appellee



From the 379th Judicial District Court, Bexar County, Texas


Trial Court No. 2001-CR-5840-A


Honorable Bert Richardson, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: February 26, 2003


DISMISSED

 Appellant Allison Apt filed a pro se notice of appeal appealing her conviction for theft. On
February 10, 2003, Apt filed a motion to dismiss this appeal by withdrawing her notice of appeal.
The motion is granted and this appeal is dismissed. See Tex. R. App. P. 42.2(a).


 PER CURIAM

DO NOT PUBLISH